## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ART INSURANCE COMPANY, et al<br><br>            Plaintiffs<br><br>    v.<br><br>AL QAEDA,<br><br>            Defendant | No. 1:12-CV-1346<br><br>Judge Matthew F. Kennelly |

### MOTION FOR ENTRY OF JUDGMENT

In accordance with the Court's October 9, 2013 Memorandum Opinion and Order, Plaintiffs move for entry of Judgment in their favor, in the form attached as Exhibit "A" hereto. As directed by the Court, Plaintiffs shared this proposed form of Judgment with counsel for the United States prior to filing with the Court. The United States has no objection to the proposed form of Judgment.

                                                                Respectfully submitted,

                                                                COZEN O'CONNOR

| | |
|---|---|
| Sean P. Carter, Esquire<br>PA Bar No. 78886<br>Stephen A. Miller, Esquire<br>PA Bar No. 308590<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>215-665-2020<br>scarter1@cozen.com<br>samiller@cozen.com | /s/ *Daniel R. Johnson*<br>Daniel R. Johnson, Esquire<br>Illinois State Bar No. 6283164<br>Cozen O'Connor<br>333 West Wacker Drive<br>Chicago, IL 60606-1293<br>312-382-3100<br><br>*Attorneys for Plaintiffs* |

LEGAL\17552636\1